**Order entered January 26, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00603-CV

**JASVINDER JASSY TOOR, Appellant**

**V.**

**ALAUNA KAYE HOLLINGSWORTH, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06969**

## ORDER

Before the Court is appellant's January 25, 2023 motion for interpreter. We

**GRANT** the motion **TO THE EXTENT** that appellant may use an interpreter at

her expense as necessary.

/s/     KEN MOLBERG
JUSTICE